UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JOSEPH PARENTEAU,

                     *Plaintiff,*

    v.

BEAU MAISON CORP., a New York corporation, d/b/a EL CANTINERO, and GOULD 86 UNIVERSITY PLACE LLC, a New York limited liability company,

                     *Defendants.*
_____

Case No. 1:19-cv-08660

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

      KIESHA LOCKHART, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Litchfield County, State of Connecticut. I hereby certify that on the 13th day of December, 2019, I filed on behalf of Defendant Gould 86 University Place LLC the within **ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS CLAIM AGAINST BEAU MAISON CORP.**, using the Court's electronic filing system, thereby automatically notifying the following electronic-filing participants, and also via regular mail:

B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
*Attorneys for Plaintiff*
*Joseph Parenteau*
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160

Beau Maison Corp.
86 University Place
New York, New York 10003

_____
Kiesha Lockhart

Sworn to before me this
13th day of December, 2019

_____
Notary Public

CHANTEL DRAYTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6324209
Qualified in Bronx County
My Commission Expires May 04, 2023