UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSEPH PARENTEAU,

                Plaintiff

    -against-

BEAU MAISON CORP. et al.,

                Defendants.

------------------------------------------------------------x

ORDER

19 Civ. 8660 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 conference is adjourned to August 6, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge