## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSEPH PARENTEAU,

      Plaintiff,

vs.

BEAU MAISON CORP., a New York
corporation, d/b/a EL CANTINERO, and
GOULD 86 UNIVERSITY PLACE LLC,
a New York limited liability company,

      Defendants.

_____/

CASE NO: 1:19-cv-08660-GBD

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, JOSEPH PARENTEAU, and Defendants, BEAU MAISON

CORP., a New York corporation, d/b/a EL CANTINERO, and GOULD 86 UNIVERSITY PLACE

LLC, a New York limited liability company, by and through their respective undersigned

counsel, hereby notify this Honorable Court that settlement has been reached in the above styled

case among all parties. The settlement agreement is in the process of being drafted, and the

parties shall file a Stipulation of Dismissal With Prejudice thereafter.

      Dated: This 21st day of May, 2020.

By: S/ B. Bradley Weitz
   B. Bradley Weitz, Esq.
   The Weitz Law Firm, P.A.
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, FL 33160
   Telephone: (305) 949-7777
   Facsimile: (305) 704-3877
   Email: bbw@weitzfirm.com
   *Attorney for Plaintiff*

By: S/ Susan B. Egan
   Susan B. Egan, Esq.
   Egan Law Firm
   805 Third Avenue
   New York, NY 10022
   Telephone: (212) 619-8456
   Facsimile: (646) 417-7977
   Email: segan@eganattorneys.com
   *Attorneys for Beau Maison Corp.*

By: S/ Reshma Khanna

Reshma Khanna, Esq.
Goldberg Segalla
711 3rd Avenue, Suite 1900
New York, NY 10017
Telephone: (646)-292-8765
Facsimile: (646)-292-8701
Email: rkhanna@goldbergsegalla.com
*Attorney for Gould 86 University Place LLC*