UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH PARENTEAU,

                Plaintiff,

    -against-                                ORDER

                                                  19 Civ. 8660 (GBD)

BEAU MAISON CORP., *a New York corporation*
*d/b/a* EL CANTINERO; GOULD 86
UNIVERSITY PLACE LLC, *a New York limited*
*liability company*,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: May 28, 2020
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge